IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOE E. GARY, JR.,

   Plaintiff,

     v.

MENLO LOGISTICS GLOBAL
TRANSPORTATION SERVICES,
INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:06-CV-2139-TWT

## OPINION AND ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 15] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion to Dismiss [Doc. 2]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 2] is GRANTED IN PART AND DENIED IN PART.

SO ORDERED, this 13 day of February, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\06\Gary\06cv2139\r&r.wpd